UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLARA BARRERA, et al.,

        Plaintiffs,

-against-

SHAWN M. BETHEL, et al.,

        Defendants.

**ORDER**

24-CV-06426 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Plaintiffs are directed to file a memorandum of law, by September 4, 2024, responding to the allegations in Defendants' Notice of Removal that Plaintiffs acted in bad faith in order to prevent Defendants from removing the action. (Doc. 1).

                                      **SO ORDERED.**

Dated:   White Plains, New York
           August 28, 2024

                                      PHILIP M. HALPERN
                                      United States District Judge